UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil 00-2061 JMR/SRN

Nancy Rauenhorst,

Plaintiff,

v.

ORDER OF RECUSAL

Prudential Insurance Company of America,

Defendant.

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: September 11, 2000.

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED SEP 11 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

Please use new case number

00-2061 JMR/JMM