ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NANCY RAUENHORST,<br>Plaintiff,<br>vs.<br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br>Defendant. | Civil Action No. 00-2061 (JMR/JMM)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties herein, that the above-captioned action is dismissed in its entirety with prejudice and without attorneys' fees, costs or disbursements to either party.

ERIC D. BULL, ESQ.

Dated: May 25, 2001

By: [signature]
Eric D. Bull (#276017)

Attorney for Plaintiff
P.O. Box 873
Watertown, MN 55388
(952) 955-3405

PROSKAUER ROSE, LLP

Dated: June 1, 2001

By: [signature]
Lloyd B. Chinn (LC-7953)

Attorneys for Defendant
1585 Broadway
New York, NY 10036
(212) 969-3000

**SO ORDERED:**

Dated: June 5, 2001

[signature]
James M. Rosenbaum
United States District Court Judge

FILED JUN 5 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

ROBINS, KAPLAN, MILLER & CIRESI
ATTORNEYS AT LAW

ATLANTA
BOSTON
CHICAGO
LOS ANGELES
MINNEAPOLIS
ORANGE COUNTY
SAINT PAUL
WASHINGTON, D.C.

2800 LASALLE PLAZA
800 LASALLE AVENUE
MINNEAPOLIS, MINNESOTA 55402-2015
TELEPHONE (612) 349-8500
FACSIMILE (612) 339-4181
www.rkmc.com

RECEIVED
01 JUN -4 AM 11:25
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN
MM

TIMOTHY J. PRAMAS
(612) 349-8584

June 4, 2001

**VIA MESSENGER**

Clerk of Court
United States District Court
District of Minnesota
300 South Fourth Street, Room 9W
Minneapolis, MN 55415

Re: Nancy Rauenhorst v. Prudential Insurance Company of America
Civil Action No. 00-2061
Our File No. 011231-0089

Dear Sir or Madam:

Enclosed for filing in the above-referenced matters are an original and two copies of a Stipulation and Order of Dismissal with Prejudice. Please file stamp one of the copies and return it to our messenger.

Done

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Timothy J. Pramas

Timothy J. Pramas

TJP/bjp
enclosures
cc: Lloyd B. Chinn, Esq. (w/enclosure via Federal Express)
Eric D. Bull, Esq. (w/enclosure via U.S. Mail)